ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAUL ENCIZO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO.: CR-F-03-5237 OWW |
| *Plaintiff*, | ) REQUEST FOR A 30-DAY EXTENSION OF TIME IN WHICH TO REPORT TO THE FEDERAL CORRECTIONAL INSTITUTION IN TAFT, CALIFORNIA AND PROPOSED ORDER THEREIN |
| v. | |
| RAUL ENCIZO, | |
| *Defendant*. | |

    Raul Encizo, by and through his appointed legal counsel, Anthony P. Capozzi, does hereby respectfully request a 30-day extension of time in which to report to the Federal Correctional Institution in Taft, California.  The Defendant is scheduled to self-surrender on May 9, 2005 at 2:00 p.m.

    This request is made pursuant to the need to complete dental treatment and payment on Mr. Encizo's daughter.  Mr. Encizo is requesting an opportunity to continue working for at least one

PDF created with pdfFactory trial version www.pdffactory.com

1 month in order to pay for his daughter's dental work before he
2 leaves to begin his sentence.
3                                    Respectfully submitted,
4
5 Dated:  April 26, 2005
6                                        /s/ Anthony P. Capozzi
                                         Anthony P. Capozzi,
7                                        Attorney for Raul Encizo

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Defendant, Raul Encizo, is hereby granted an extension of time to report to the Federal Correctional Institution in Taft, California and his new date to report shall be June 13, 2005 by 2:00 p.m.

Dated: April 29, 2005

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com