```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
RAUL ENCIZO
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: CR-F-03-5237 OWW |
|     *Plaintiff*, | ) MOTION TO EXONERATE PROPERTY BONDS |
| v. | ) |
| RAUL ENCIZO, | ) |
|     *Defendant*. | ) |

      Raul Encizo, by and through his appointed legal counsel, Anthony P. Capozzi, hereby requests that the following properties posted as collateral in the above entitled case be exonerated and re-conveyed to the legal title holders forthwith:

    1.    Martin Encizo, a Single Man
           APN #422-096-05
           Deed of Trust in the amount of $22,000.00

/ / /

/ / /

/ / /

    2.    Victorio Encizo and Azuncena Encizo,

```
          Husband and Wife as Joint Tenants
          APN #201-031-08
          Deed of Trust in the amount of $8,000.00
```

This request is made pursuant to Mr. Encizo's having been sentenced and further, surrendering to the Federal Correctional Institution in Taft, California on June 13, 2005.

    Respectfully submitted,

Dated:  June 21, 2005

    /s/ Anthony P. Capozzi
    Anthony P. Capozzi,
    Attorney for Raul Encizo

**ORDER**

It is hereby ordered, pursuant to the above Motion, that the following properties posted as collateral herein be exonerated and re-conveyed to the following legal title holders as follows:

1. Martin Encizo, a Single Man
   APN #422-096-05
   Deed of Trust in the amount of $22,000.00

2. Victorio Encizo and Azuncena Encizo,
   Husband and Wife as Joint Tenants
   APN #201-031-08
   Deed of Trust in the amount of $8,000.00

Dated: June __27_, 2005

                                        It is so ordered,

                                        /s/ OLIVER W. WANGER

                                        Hon. OLIVER W. WANGER,
                                        United States District Court Judge